UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPTAIN D.C. ANDERSON,<br><br>        Plaintiff,<br><br>    -against-<br><br>STATE UNIVERSITY OF NEW YORK (SUNY); COLUMBIA UNIVERSITY; RUTGERS UNIVERSITY; PACE UNIVERSITY,<br><br>        Defendants. | 24cv2083 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 29, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 31, 2024
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge